UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN EDWARD COLEMAN, | ) | NO. CV 10-0332-RSWL(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING MAGISTRATE JUDGE'S |
| | ) | REPORT AND RECOMMENDATION |
| v. | ) | |
| | ) | |
| MAHON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including but not limited to the magistrate judge's report and recommendation. Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 2-19-10

*RONALD S.W. LEW*

RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT COURT JUDGE