**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **KEVIN EDWARD COLEMAN,** | ) | NO. CV 10-0332-RSWL(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **MAHON, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

   IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 2-19-10

*RONALD S.W. LEW*

_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT COURT JUDGE